HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GRIFFIN TECHNOLOGY HOLDINGS INCORPORATED, et al.,

    Plaintiffs,

  v.

IWICS, INC.,

    Defendant.

CASE NO. C13-1465RAJ

ORDER

    The court GRANTS Plaintiffs' motion to file an amended complaint. Dkt. # 15. Neither the deadline for amended pleadings nor the deadline for adding parties had passed at the time Plaintiff filed its motion, and Defendant has filed a statement that it does not oppose the motion to amend.

    Plaintiffs shall file their amended complaint no later than March 18, 2014.

    Dated this 7th day of March, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1