HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRIFFIN TECHNOLOGY HOLDINGS INCORPORATED, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>IWICS, INC.,<br><br>　　　　Defendant. | CASE NO. C13-1465RAJ<br><br>MINUTE ORDER |

　　　The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

　　　The court GRANTS the stipulated motion (Dkt. # 28) to withdraw and substitute counsel for Plaintiffs. New counsel, from Hogans Lovells US LLP, have already entered their appearances. The clerk shall terminate Robert Gutkin as counsel for Plaintiffs. Plaintiffs' local counsel is not withdrawing.

　　　Dated this 14th day of July, 2014.

　　　　　　　　　　　　　　　　　　WILLIAM M. MCCOOL
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　s/ Rhonda Stiles
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER – 1